UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DADA R. SLOCUM,

       Plaintiff,

v.                                                           Case No. 17-C-557

SCOTT A. WILSON,
MICHAEL A. MATTIOLI,
DANIEL SMOKOVICH,
REYNALDO ROMAN,
BRADLEY NICKEL,
SEAN PATYK, and
CITY OF MILWAUKEE,

       Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Dada Slocum, proceeding *pro se*, filed a complaint under 42 U.S.C. § 1983, alleging that the defendants violated his constitutional rights. On October 18, 2017, Magistrate Judge William E. Duffin filed a Report and Recommendation screening Slocum's claims pursuant to 28 U.S.C. § 1915(e)(2)(B). ECF No. 8. The Magistrate Judge found that Slocum could proceed on certain claims against defendants Wilson and Mattioli and ordered service of these defendants.

The Magistrate Judge referred this case to this court on his recommendation that numerous claims be dismissed, including the failure to intervene claim against Smokovich, Roman, and Nickel; the Fifth Amendment claim against defendant Patyk; the *Monell* claim against the City of Milwaukee; and the due process claim against defendants Wilson, Mattioli, Smokovich, Roman, Nickel, and Patyk. He also recommended that Smokovich, Roman, Nickel, Patyk, and the City of Milwaukee be dismissed as defendants in this action.

The report and recommendation advised Slocum that he had 14 days from the date of the recommendation to file any objections. That deadline has passed, and Slocum has not submitted an objection. Because no objection was made, this court reviews the Magistrate Judge's report for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). Upon review, the court finds no clear error in the report and recommendation.

**IT IS THEREFORE ORDERED** that the court **ADOPTS** Magistrate Judge Duffin's Report and Recommendation.

**IT IS FURTHER ORDERED** that Slocum's failure to intervene claim against Daniel Smokovich, Reynaldo Roman, and Bradley Nickel is **DISMISSED**.

**IT IS ALSO ORDERED** that Slocum's Fifth Amendment claim against Sean Patyk is **DISMISSED**.

**IT IS FURTHER ORDERED** that Slocum's *Monell* claim against the City of Milwaukee is **DISMISSED**.

**IT IS ALSO ORDERED** that Slocum's due process claim against Scott Wilson, Michael Mattioli, Daniel Smokovich, Reynaldo Roman, Bradley Nickel, and Sean Patyk is **DISMISSED**.

**IT IS FURTHER ORDERED** that Daniel Smokovich, Reynaldo Roman, Bradley Nickel, Sean Patyk, and the City of Milwaukee are **DISMISSED** as defendants in this action.

**IT IS ALSO ORDERED** that this case is **REFERRED** back to Magistrate Judge William E. Duffin for further proceedings.

Dated this   2nd   day of November, 2017.

                                               s/ William C. Griesbach
                                               William C. Griesbach, Chief Judge
                                               United States District Court