# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

DADA R. SLOCUM,

                    Plaintiff,

v.

SCOTT A. WILSON and
MICHAEL A. MATTIOLI,

                    Defendants.

Case No. 17-CV-557-JPS

**ORDER**

On July 30, 2018, the plaintiff filed a motion to dismiss this action in its entirety. (Docket #20). On September 4, 2018, the defendants responded, indicating that they do not oppose the plaintiff's motion. (Docket #21). In light of all parties' consent to dismissal, the Court will grant the plaintiff's motion and dismiss this action. Fed. R. Civ. P. 41(a)(1)(A)(ii). Because the parties' filings do not state otherwise, the dismissal will be without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

Accordingly,

**IT IS ORDERED** that the plaintiff's motion to dismiss (Docket #20) be and the same is hereby **GRANTED**; this action be and the same is hereby **DISMISSED without prejudice.**

Dated at Milwaukee, Wisconsin, this 6th day of September, 2018.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge